STATE OF NEW JERSEY v. EDWARD DILL.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. GENE TOTTEN.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LEON PHILLIPS.

September 12, 1977. Petition for certification denied. (See 150 N. J. Super. 75).

IN RE: APPLICATION OF THE BOARD OF EDUCATION OF THE BOROUGH OF AVON-BY-THE-SEA.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN ANDERSON.

September 12, 1977. Petition for certification denied.

RALPH JANNARONE v.
GOVERNMENT EMPLOYEES INSURANCE COMPANY.

September 12, 1977. Petition for certification denied.